**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GABRIEL DIAZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>R. VALDEZ, A. IBANEZ, J. MELENDEZ, and TRISTAN LEMON,<br><br>　　　　Defendants. | Case No.: 1:23-cv-00618 JLT HBK (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION, WITHOUT PREJUDICE, FOR FAILURE TO OBEY COURT ORDER AND FAILURE TO PROSECUTE**<br><br>(Doc. 6) |

　　　　Gabriel Diaz, a federal prisoner proceeding *pro se*, filed this civil rights action under 42 U.S.C. § 1983. (Doc. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　The magistrate judge issued Findings and Recommendations recommending Diaz's complaint be dismissed without prejudice for failing to prosecute it and for failing to comply with a court order. (*See* Doc. 6.) The Findings and Recommendations notified Diaz that he could file written objections to be filed within 14 days of service. (*Id*. at 5.) Diaz has not filed any objections and the time to do so has passed.

　　　　According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations are supported by the record and by proper analysis. Accordingly, the Court **ORDERS**:

1. The Findings and Recommendations issued on October 19, 2023, (Doc. 6), are **ADOPTED** in full.
2. This action is **DISMISSED**, without prejudice, due to Plaintiff's failure to obey a court order and failure to prosecute.
3. The Clerk of Court is directed to close this action.

IT IS SO ORDERED.

Dated:   **November 28, 2023**

UNITED STATES DISTRICT JUDGE